F I L E D
Clerk
District Court

NOV 23 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>EDWARD M. FLEMING, )<br>)<br>Defendant )<br>_____ ) | Criminal No. 04-00022<br><br><br><br>ORDER THAT<br>DEFENDANT FLEMING<br>IMMEDIATELY SURRENDER<br>TO U.S. MARSHAL |

BY ORDER dated March 30, 2005, the U.S. Court of Appeals for the Ninth Circuit directed that defendant be released pending the outcome of his appeal. The Ninth Circuit has affirmed defendant's conviction by mandate issued November 14, 2005, and received by the court this date. Accordingly,

AO 72
(Rev. 8/82)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

IT IS ORDERED that defendant Edward M. Fleming immediately surrender to the U.S. Marshal to begin serving his sentence.

DATED this 23rd day of November, 2005.

_____
ALEX R. MUNSON
Judge