F I L E D
Clerk
District Court

DEC 2 8 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
### NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00022 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NOTICE OF RELEASE OF EXHIBITS |
| | ) | |
| EDWARD M. FLEMING, et al, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Craig Moore
Assistant U.S. Attorney
3rd Floor Horiguchi Bldg.
Saipan, MP 96950

Bruce Berline
P.O. Box 5682
Saipan, MP 96950

NOTICE is hereby given that the exhibits you offered and admitted in evidence at the trial of this case may be withdrawn within ten (10) days from the date of this notice. If exhibits are not withdrawn within forty (40) calendar days after date of this notice, the clerk may destroy them or make other disposition as the clerk sees fit, all pursuant to LR 79.1, Local Rules for the United States District Court for the Northern Mariana Islands.

Dated this   28th day of   December  , 2005

GALO L. PEREZ, Clerk of Court

By: Ignacio C. Benavente
Chief Deputy Clerk
U.S. District Court
Northern Mariana Islands

AO 187

# EXHIBIT AND WITNESS LIST

| | | | | | |
|---|---|---|---|---|---|
| U.S.A. -vs- Edward M. Fleming and Huang, Zhong | | | Clerk<br>District Court | | District Court<br>Northern Mariana Islands |
| **Government's Attorney**<br>Jamie Bowers, AUSA | | | **Defendant's Attorneys**<br>Bruce Berline, Esq. (Fleming)<br>Perry Inos, Esq. (Huang) | SEP 1 6 2004<br>For The Northern Mariana Islands<br>By_____<br>(Deputy Clerk) | **Docket Number:** CR-04-00022<br>**Trial Date(s):** September 14, 2004 thru<br>September 16, 2004 |
| **Presiding Judge**<br>Alex R. Munson | | | **Court Reporter**<br>Sanae Shmull | | **Courtroom Deputy**<br>K. Lynn Lemieux |

| GOV NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 ✓ | | 09/14/04 | 09/14/04 | 09/14/04 | Photo - Yu Ai Li |
| 2 ✓ | | 09/14/04 | 09/14/04 | 09/14/04 | Photo - Wang Mei Zhen |
| 3 ✓ | | 09/14/04 | 09/14/04 | 09/14/04 | Photo - Zheng Wen Jian |
| 4 ✓ | | 09/14/04 | 09/14/04 | 09/14/04 | Photo - Boat "Total Love Sport" |
| 5 ✓ | | 09/14/04 | 09/14/04 | 09/14/04 | Photo - Boat "Total Love Sport" |
| 6 ✓ | | 09/14/04 | 09/14/04 | 09/14/04 | Photo - Boat "Total Love Sport" |
| W1 | | 09/15/04 | | | CONRAD IBA |
| W2 | | 09/15/04 | | | YU AI LI |
| 7 ✓ | | 09/15/04 | 09/15/04 | 09/15/04 | Plea Agreement of Yu Ai Li |
| W3 | | 09/15/04 | | | WANG MEI ZHEN |
| 8 ✓ | | 09/15/04 | 09/15/04 | 09/15/04 | Plea Agreement of Wang, Mei Zhen |
| 12 ✓ | | 09/15/04 | 09/15/04 | 09/15/04 | Hotel registration folio w/phone record |
| W4 | | 09/15/04 | | | GEORGE BARCINAS |
| | F-A ✓ | 09/15/04 | 09/15/04 | 09/15/04 | DPS - Shift Transmittal and Radio Log Sheet |
| W5 | | 09/15/04 | | | THEODORE MANGLONA |
| W6 | | 09/15/04 | | | PETE DELA CRUZ |
| W7 | | 09/16/04 | | | MICHAEL HERNANDEZ |
| W8 | | 09/16/04 | | | MELVIN GREY |
| 9 ✓ | | 09/16/04 | 09/16/04 | 09/16/04 | Passport Documents of Huang Zhong |
| | W1 | 09/16/04 | | | FRED OGO HOCOG |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

7