F I L E D
Clerk
District Court

FEB 1 0 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT
FOR THE
NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00022 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NOTICE OF DESTRUCTION |
| | ) | OF EXHIBITS |
| EDWARD M. FLEMING, et al, | ) | |
| | ) | |
| Defendant. | ) | |

Notice having been issued by the Clerk of Court to the attorneys of record to withdraw their exhibits filed with the court, and

The attorneys of record having failed to withdraw such exhibits within 40 days allowed by LR 79.1.

The Clerk of Court or his designated deputy clerks have heretofore destroyed the exhibits enumerated in the attached Exhibit List in a manner the clerk saw fit.

Dated this  10th  day of  Feb,  , 2006.

Galo L. Perez, Clerk of Court

By: _____
Chief Deputy Clerk

AO 187　　　　　　　　　　　　　　　**EXHIBIT AND WITNESS LIST**

| | | | | | |
|---|---|---|---|---|---|
| U.S.A. -vs- Edward M. Fleming and Huang, Zhong | | | Clerk, District Court | | District Court Northern Mariana Islands |
| Government's Attorney Jamie Bowers, AUSA | | | Defendant's Attorneys Bruce Berline, Esq. (Fleming) Perry Inos, Esq. (Huang) For The Northern Mariana Islands By_____ | | Docket Number: CR-04-00022 Trial Date(s): September 14, 2004 thru September 16, 2004 |
| Presiding Judge Alex R. Munson | | | Court Reporter Sanae Shmull | (Deputy Clerk) | Courtroom Deputy K. Lynn Lemieux |

| GOV NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 ✓ | | 09/14/04 | 09/14/04 | 09/14/04 | Photo - Yu Ai Li |
| 2 ✓ | | 09/14/04 | 09/14/04 | 09/14/04 | Photo - Wang Mei Zhen |
| 3 ✓ | | 09/14/04 | 09/14/04 | 09/14/04 | Photo - Zheng Wen Jian |
| 4 ✓ | | 09/14/04 | 09/14/04 | 09/14/04 | Photo - Boat "Total Love Sport" |
| 5 ✓ | | 09/14/04 | 09/14/04 | 09/14/04 | Photo - Boat "Total Love Sport" |
| 6 ✓ | | 09/14/04 | 09/14/04 | 09/14/04 | Photo - Boat "Total Love Sport" |
| W1 | | 09/15/04 | | | CONRAD IBA |
| W2 | | 09/15/04 | | | YU AI LI |
| 7 ✓ | | 09/15/04 | 09/15/04 | 09/15/04 | Plea Agreement of Yu Ai Li |
| W3 | | 09/15/04 | | | WANG MEI ZHEN |
| 8 ✓ | | 09/15/04 | 09/15/04 | 09/15/04 | Plea Agreement of Wang, Mei Zhen |
| 12 ✓ | | 09/15/04 | 09/15/04 | 09/15/04 | Hotel registration folio w/phone record |
| | | 09/15/04 | | | GEORGE BARCINAS |
| | F-A ✓ | 09/15/04 | 09/15/04 | 09/15/04 | DPS - Shift Transmittal and Radio Log Sheet |
| W5 | | 09/15/04 | | | THEODORE MANGLONA |
| W6 | | 09/15/04 | | | PETE DELA CRUZ |
| W7 | | 09/16/04 | | | MICHAEL HERNANDEZ |
| W8 | | 09/16/04 | | | MELVIN GREY |
| 9 ✓ | | 09/16/04 | 09/16/04 | 09/16/04 | Passport Documents of Huang Zhong |
| | W1 | 09/16/04 | | | FRED OGO HOCOG |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.