F I L E D
Clerk
District Court

MAR 1 3 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　vs.<br>FLEMING, EDWARD MENDIOLA<br>　　　　　Defendant. | CRIMINAL CASE NO. 04-00022-001<br><br>APPLICATION AND ORDER FOR<br>RELEASE OF PASSPORT |

COMES NOW, U.S. Probation Officer Margarita Wonenberg, in the above-captioned case and requests for the release of U.S. Passport No. 120647789 held by the Court.

Dated this __10th__ day of March, 2006.

_____
MARGARITA WONENBERG
U.S. Probation Officer

### ORDER

On the application of U.S. Probation Officer Margarita Wonenberg, the Clerk of Court is hereby ordered to release the passport belonging to defendant Edward Mendiola Fleming.

Dated this __13th__ day of March, 2006.

_____
ALEX R. MUNSON
Chief Judge
District of the Northern Mariana Islands