| PROB 37<br>(Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |
|---|---|---|

**Edward M. Fleming**
USDC Cr. Cs. #04-000022
SS# XXX-XX-XXX
DOB: XXXXX
Height: 5 ft 4 in
Weight: 130 lbs.



DATE  May 7, 2007

F I L E D
Clerk
District Court

MAY − 7 2007

For The Northern Mariana Islands
By _____
(Deputy Clerk)

YOU ARE AUTHORIZED TO TRAVEL TO     **Honolulu**

LEAVING     **May 9, 2007**     AND RETURNING     **May 23, 2007**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Medical Referral**

SPECIAL INSTRUCTIONS:     (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **You shall abide by your conditions of supervised release while on travel status;**
2. **You shall call your probation officer as soon as you are aware of the need to remain away from Saipan, Northern Mariana Islands, for a longer period than authorized;**
3. **You shall call your probation officer if you change accommodation/location; and**
4. **You shall call your probation officer within 24 hours upon your return to Saipan.**

COPY MAILED TO CHIEF PROBATION OFFICER IN
DISTRICT OF DESTINATION:

_Margarita DLG. Wonenberg_
UNITED STATES PROBATION OFFICER

NAME     N/A
ADDRESS  _____
         _____

☒ APPROVED     ☐ DISAPPROVED

_Alex R. Munson_
The Honorable Alex R. Munson
Chief Judge
District of the Northern Mariana Islands

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 04-00022-001 |
| Plaintiff, ) | |
| ) | **REQUEST TO TRAVEL** |
| vs. ) | |
| ) | |
| EDWARD FLEMING, ) | |
| ) | |
| Defendant. ) | |

      Edward Mendiola Fleming was sentenced on December 28, 2004 for the offense of Attempted Alien Smuggling for Financial Gain, in violation of 8 U.S.C. § 1324(a)(1)(A)(i). He was sentenced to six and one half months imprisonment followed by two years of supervised release with conditions to include home confinement for a term of six and one half months; not commit another federal, state, or local crime; not use or possess illegal controlled substance and submit to one urinalysis within 15 days of release from custody and to two more urinalyses thereafter; abide by the standard conditions set forth by the U.S. Sentencing Commission; not posses a firearm or other dangerous weapon and not have such at his place of residence; participate in a program approved by the U.S. Probation for substance abuse, which program may include testing to determine whether the defendant has reverted to the use of drugs or alcohol, and make co-payment for the program at a rate to be determined by the U.S. Probation Office; seek and obtain employment; perform 200 hours community service under the direction of the U.S. Probation Office; and pay a $100 special assessment fee. On June 22, 2006, the court modified Mr. Fleming's supervised release conditions to include that he refrain from any unlawful use of a controlled substance and that he submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter not to exceed eight tests per month, as directed by the probation officer, that he participate in a treatment program approved by the U.S. Probation Office for substance abuse, which may include testing to determine whether the defendant has reverted to the use of drugs or alcohol, and make co-payment for the program at a rate to be determined by the U.S. Probation Office. He was also ordered to perform an additional 100 hours of community service. Mr. Fleming has been on supervised release since April 5, 2006.

      Mr. Fleming is requesting the Court's permission to travel to Honolulu on a medical referral. A sister will accompany him for assistance. Mr. Fleming will be on travel status from May 9, 2007 to May 23, 2007 when he is expected to return to Saipan, Commonwealth Northern Mariana Islands.

Travel Request Information
Re: FLEMING, EDWARD M.
USDC Cr. Cs. No. 04-00022-001
May 7, 2007
Page 2

Mr. Fleming is in compliance with the conditions of his supervised release. He paid his special assessment fee in full on December 28, 2004. He is currently in Phase II of the Substance Abuse Treatment Program, and according to Marianas Psychiatric Services, he is compliant with the policies and procedures of the program. Mr. Fleming continues to perform community service at the National Park Service, where he has a balance of less than 50 hours. Mr. Fleming is employed as a grounds keeper and maintenance worker.

In light of Mr. Fleming's medical requirements, this Officer supports the request to travel and seeks Court approval.

Respectfully Submitted,

FRANK MICHAEL CRUZ
Chief U. S. Probation Officer

By: *[signature]*
MARGARITA DLG WONENBERG
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:    File