F I L E D
Clerk
District Court

MAY -7 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# DISTRICT COURT OF NORTHERN MARIANA ISLANDS

UNITED STATES OF AMERICA, )
        Plaintiff, ) CRIMINAL CASE NO. ~~06-00001-002~~ 04-00022-001
   vs. )
)
EDWARD MENDIOLA FLEMING ) APPLICATION AND ORDER FOR
        Defendant. ) RELEASE OF PASSPORT

    COMES NOW, U.S. Probation Officer Margarita DLG. Wonenberg, in the above-captioned case and requests for the release of the passport held by the Court as the defendant is scheduled to leave Saipan for medical reasons on May 9, 2007.

    Dated this 7th day of May, 2007.

_____
MARGARITA DLG. WONENBERG
U.S. Probation Officer

## ORDER

    On the application of U.S. Probation Officer Margarita DLG. Wonenberg, the Clerk of Court is hereby ordered to release the passport belonging to the defendant, Edward Mendiola Fleming.

    Dated this 7TH day of May, 2007.

_____
ALEX R. MUNSON
Chief Judge
District of the Northern Mariana Islands