◎PROB 34
(Rev. 5/01)

**Report and Order Terminating Supervised Release**

F I L E D
Clerk
District Court

APR 29 2008

# UNITED STATES DISTRICT COURT

FOR THE

_District of the Northen Mariana Islands_

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL CASE NO. 04-00022-001 |
| EDWARD MENDIOLA FLEMING | |

It appearing that the period of supervised release in the above case expired on **April 4, 2008**. I, therefore, recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

By: _/s/ Margarita Wonenberg_
MARGARITA DLG WONENBERG
U.S. Probation Officer

Reviewed by:
_/s/ Carmen O'Mallan_
CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc:   AUSA
      Defense Counsel
      File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this __29th__ day of April 2008.

_/s/ Alex R. Munson_
Honorable Alex R. Munson
Chief Judge
U.S. District Court for the
Northern Mariana Islands